In the Matter of JOHN ROMANELLO, Appellant, against WALTER WILLIG et al., Constituting the Board of Education, Union Free School District No. 4, Town of Rye, Westchester County, et al., Respondents.

Argued April 9, 1953; decided May 22, 1953.

762

*Thomas F. J. Connolly* for appellant.

*George O. Becker,* respondent in person and for Walter Willig and others, respondents.

*Charles A. Brind, Jr.,* for Commissioner of Education of the State of New York, *amicus curiæ,* in support of respondents' position.

Orders reversed, and determination of the board of education annulled, with costs in all courts, and matter remitted to the board of education for action not inconsistent with the views expressed in the dissenting opinion at the Appellate Division.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.